# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **MAURICE JAMES SALEM**, | ) |
| Plaintiff, | ) |
| | ) No. 15 CV 6782 |
| v. | ) |
| | ) District Judge Marvin E. Aspen |
| **U.S. BANK N.A.,** as Trustee, on Behalf of the Holders of the J.P. Morgan Mortgage Trust 2007-S3 Mortgage Pass-Through Certificates, | ) Magistrate Judge Young B. Kim |
| Defendant. | ) |

## MEMORANDUM OPINION AND ORDER

MARVIN E. ASPEN, District Judge:

Before the court is Plaintiff's request for a motion to compel seeking to have a residential rental agreement declared enforceable against Defendant Bank and an injunction requiring Defendant Bank to make certain "urgent repairs" on the residential property. For the reasons stated below, we adopt Magistrate Judge Kim's Report and Recommendation and deny Plaintiff's motion to compel.

## DISCUSSION

Our review of a magistrate judge's Report and Recommendation is governed by 28 U.S.C. § 636(b)(1)(c), which provides in part:

> A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings and recommendations to which objection is made. A judge of the court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge.

28 U.S.C. § 636(b)(1)(c).

The statute permits objections to a magistrate judge's Report and Recommendation to be made within fourteen days of service of a copy of the Report. *Id.; see also* Fed. R. Civ. P. 72(b) (setting forth procedures for objecting to a magistrate judge's Report and Recommendation and the district court's resolution of any objections). Failure to object constitutes a waiver of the right to appeal. *See Tuminaro v. Astrue*, 671 F.3d 629, 633 (7th Cir. 2011).

As of the date of this order, no objection to the Report and Recommendation has been filed, and the time for making objections has now passed. Having carefully reviewed the Report and Recommendation prepared by Judge Kim, as well as the complete record of the matter, we adopt the Report and Recommendation in its entirety and accept the recommended disposition.

Accordingly, Plaintiff's motion to compel is denied. It is so ordered.

_____
Marvin E. Aspen
United States District Judge

Dated: Chicago, Illinois
October 13, 2015